**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **WENDY VELASQUEZ MORENO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-6175-OLG** |
| | § | |
| **WARDEN, South Texas ICE Processing Center, *et al.*,** | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioner initiated on September 25, 2026. Respondents have since advised the Court of Petitioner's removal from the United States. (Dkt. No. 8.) Accordingly, because Petitioner is no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

Petitioner's Motion for Leave to File (Dkt. No. 7) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

**SIGNED** on November 16, 2026.

ORLANDO L. GARCIA
United States District Judge